UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY LEE KREBS,<br><br>         Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 16-CV-3096 JLS (BGS)<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (4) REMANDING CASE**<br><br>(ECF Nos. 20, 22, 25) |

  Presently before the Court is Magistrate Judge Bernard G. Skomal's Report and Recommendation ("R&R") recommending that the Court (1) grant Plaintiff's Motion for Summary Judgment, (2) deny Defendant's[1] Cross Motion for Summary Judgment, and (3) remand the case for further administrative proceedings. (ECF No. 25.) No party filed an objection or a reply to Judge Skomal's R&R. For the following reasons, the Court (1) **ADOPTS** Judge Skomal's R&R in its entirety; (2) **GRANTS** Plaintiff's Motion for Summary Judgment, (ECF No. 13); (3) **DENIES** Defendant's Cross Motion for Summary

---

[1] This action was previously entitled *Krebs v. Colvin*. However, Defendant Colvin has since been replaced as Commissioner of the Social Security Administration by Ms. Nancy A. Berryhill. Accordingly, the Court substitutes Ms. Berryhill as Defendant, pursuant to Federal Rule of Civil Procedure 25(d).

Judgment, (ECF No. 14); and (4) **REMANDS** this case to the agency for further proceedings.

## BACKGROUND

Judge Skomal's R&R contains a thorough and accurate recitation of the factual and procedural histories underlying the instant Motions for Summary Judgment. (*See* R&R 3–5.)[2] This Order incorporates by reference the background as set forth therein.

## LEGAL STANDARD

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties regarding a magistrate judge's report and recommendation. The district court "shall make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(c); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). In the absence of a timely objection, however, "the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 510 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

## ANALYSIS

Objections were due March 7, 2018 and replies were due March 14, 2018. (R&R 22.) As discussed, neither Plaintiff nor Defendant filed an objection or a reply to Judge Skomal's R&R. And, after review of the moving papers and Judge Skomal's R&R, the Court finds "that there is no clear error on the face of the record" and thus the Court may "accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing

---

[2] Pin citations to docketed material refer to the CM/ECF numbers electronically stamped at the top of each page.

*Campbell*, 510 F.2d at 206). Additionally, the Court agrees with Judge Skomal's conclusions that the Administrative Law Judge's ("ALJ") determination was erroneous because (1) the ALJ improperly rejected Plaintiff's subjective testimony, (*see* R&R 16–20), and (2) the ALJ improperly rejected the opinions of Plaintiff's treating doctors, (*id.* at 5–16). Accordingly, the Court **ADOPTS** Judge Skomal's R&R in its entirety and thus **GRANTS** Plaintiff's Motion for Summary Judgment and **DENIES** Defendant's Cross Motion for Summary Judgment.

## CONCLUSION

For the foregoing reasons, the Court (1) **ADOPTS** Judge Skomal's R&R in its entirety, (2) **GRANTS** Plaintiff's Motion for Summary Judgment, (ECF No. 20), (3) **DENIES** Defendant's Cross Motion for Summary Judgment, (ECF No. 22), and (4) **REMANDS** this case to the agency for further proceedings. This Order ends the litigation in this matter. Accordingly, the Clerk of Court **SHALL** close the file.

**IT IS SO ORDERED.**

Dated: March 20, 2018

Hon. Janis L. Sammartino
United States District Judge